Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REZA JAFARI FARAHANI *aka* RAY JAFARI FARAHANI, *dba* LINCOLN GLASS & MIRROR; UNITED BUILDERS CORPORATION, *dba* LINCOLN GLASS & MIRROR CO.,<br><br>Defendants. | Case No.: C11-2631 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT and JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br> ORDER RESETTING CMC<br><br>Date:      September 19, 2011<br>Time:      10:00 a.m.<br>Ctrm:      5, 17th Floor<br>Judge:     The Honorable Edward M. Chen |

The parties herein respectfully submit their Joint Case Management Statement and joint request to continue the Case Management Conference, currently on calendar for September 19, 2011, for approximately 30 days.

1. As the Court's records will reflect, this action was filed on June 2, 2011. Service on Defendants was effectuated on July 29, 2011. A Proof of Service of Summons was filed with the Court on August 3, 2011. [Docket No. 9.]

2. On August 19, 2011, Defendants filed an Answer to the Complaint. [Docket Nos. 10, 11.]

3. On August 24, 2011, the case was referred to Mediation, pursuant to the Court's Order. [Docket No. 15.]

4. The parties are currently attempting to reach settlement with the goal of resolving this matter without the further intervention of the Court. Accordingly, the parties herein respectfully request that the Case Management Conference, currently scheduled for September 19, 2011, be continued for 30 days to allow the parties to continue their negotiations, and for Mediation to place.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Respectfully submitted,

Dated: September 9, 2011            **SALTZMAN & JOHNSON LAW CORPORATION**

By:   /S/Michele R. Stafford
      Michele R. Stafford
      Attorneys for Plaintiffs

Dated: September 9, 2011            **OMNI LAW GROUP, LLP**

      /S/Trevor J. Zink
      Trevor J. Zink
      Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __10/28/11 at 9:00 a.m.__ and all previously vacated deadlines and dates related to this case may be reset at that Conference.

Date: _____9/14/11_____         _____
                                       THE HONORABLE EDWARD M. CHEN
                                       UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Edward M. Chen*

-2-
**JOINT CASE MANAGEMENT STATEMENT**
**Case No.: C11-2631 EMC**
P:\CLIENTS\GLACL\Lincoln Glass & Mirror\Pleadings\C11-2631-EMC Joint CMC Statement 090911.doc