1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REZA JAFARI FARAHANI *aka* RAY JAFARI FARAHANI, *dba* LINCOLN GLASS & MIRROR; UNITED BUILDERS CORPORATION, *dba* LINCOLN GLASS & MIRROR CO.,<br><br>Defendants. | Case No.: C11-2631 EMC<br><br>　　　　　　　　RESET<br>**JOINT REQUEST TO** ~~VACATE~~ **CASE MANAGEMENT CONFERENCE; [P**~~ROPO~~**SED] ORDER THEREON**<br><br>Date:　October 28, 2011<br>Time:　9:00 a.m.<br>Ctrm:　5, 17th Floor<br>Judge:　The Honorable Edward M. Chen |

    The parties respectfully submit their Request to Vacate the Case Management Conference, currently on calendar for October 28, 2011.

    1.    The parties have reached a settlement in this matter and, on October 11, 2011, Defendants submitted a check to Plaintiffs in the agreed settlement amount. Mediator Robert Weems has been advised of this settlement.

    2.    Upon confirmation that the settlement check has cleared the bank, Plaintiffs will file a dismissal of this action.

    3.    Accordingly, there are no issues that need to be addressed by the parties at the

1  currently scheduled Case Management Conference.  In the interest of conserving costs as well as
2  the Court's time and resources, the parties respectfully request that the Court vacate the currently
3  scheduled Case Management Conference.
4  Respectfully submitted,

5  Dated: October 18, 2011               **SALTZMAN & JOHNSON**
                                         **LAW CORPORATION**
6
7
8                                By:    /S/Muriel B. Kaplan
                                        Muriel B. Kaplan
9                                       Attorneys for Plaintiffs

10 Dated: October 18, 2011               **OMNI LAW GROUP, LLP**
11
12                               By:    /S/Trevor J. Zink
                                        Trevor J. Zink
13                                      Attorneys for Defendants
14

15 IT IS SO ORDERED.
16
17       Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
   Management Conference is hereby vacated.  The CMC is reset from 10/28/11 to 12/23/11 at 9:00
18                                      a.m.  This hearing will be vacated once a dismissal is filed.

19 Date: _____10/28/11_____        _____
                                     THE HONORABLE EDWARD M. CHEN
20                                   UNITED STATES DISTRICT COURT
21
22   IT IS SO ORDERED
23   AS MODIFIED
     Judge Edward M. Chen
24
25
26
27
28

-2-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2631 EMC**
P:\CLIENTS\GLACL\Lincoln Glass & Mirror\Pleadings\C11-2631 EMC Joint Request to Vacate CMC 101811.doc