1 Muriel B. Kaplan, Esq. (SBN 124607)
  Michele R. Stafford, Esq. (SBN 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
  44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
  (415) 882-7900
4 (415) 882-9287 – Facsimile
  mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REZA JAFARI FARAHANI *aka* RAY JAFARI FARAHANI, *dba* LINCOLN GLASS & MIRROR; UNITED BUILDERS CORPORATION, *dba* LINCOLN GLASS & MIRROR CO.,<br><br>Defendants. | Case No.: C11-2631 EMC<br><br>RESET<br>**JOINT REQUEST TO** ~~VACATE~~ **CASE MANAGEMENT CONFERENCE; [P**~~ROPO~~**SED] ORDER THEREON**<br><br>Date:  October 28, 2011<br>Time:  9:00 a.m.<br>Ctrm:  5, 17th Floor<br>Judge: The Honorable Edward M. Chen |
|---|---|

The parties respectfully submit their Request to Vacate the Case Management Conference, currently on calendar for October 28, 2011.

1. The parties have reached a settlement in this matter and, on October 11, 2011, Defendants submitted a check to Plaintiffs in the agreed settlement amount. Mediator Robert Weems has been advised of this settlement.

2. Upon confirmation that the settlement check has cleared the bank, Plaintiffs will file a dismissal of this action.

3. Accordingly, there are no issues that need to be addressed by the parties at the

1  currently scheduled Case Management Conference.  In the interest of conserving costs as well as
2  the Court's time and resources, the parties respectfully request that the Court vacate the currently
3  scheduled Case Management Conference.
4  Respectfully submitted,

5  Dated: October 18, 2011                **SALTZMAN & JOHNSON**
                                           **LAW CORPORATION**

8                                    By:   /S/Muriel B. Kaplan
                                           Muriel B. Kaplan
9                                          Attorneys for Plaintiffs

10 Dated: October 18, 2011                **OMNI LAW GROUP, LLP**

12                                   By:   /S/Trevor J. Zink
                                           Trevor J. Zink
13                                         Attorneys for Defendants

15 IT IS SO ORDERED.

17     Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.  The CMC is reset from 10/28/11 to 12/23/11 at 9:00 a.m.  This hearing will be vacated once a dismissal is filed.

19 Date: _____10/28/11_____            _____
                                         THE HONORABLE EDWARD M. CHEN
20                                       UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
(Seal: United States District Court, Northern District of California)

-2-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C11-2631 EMC**
P:\CLIENTS\GLACL\Lincoln Glass & Mirror\Pleadings\C11-2631 EMC Joint Request to Vacate CMC 101811.doc