Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900–Telephone
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>REZA JAFARI FARAHANI *aka* RAY JAFARI FARAHANI, *dba* LINCOLN GLASS & MIRROR; UNITED BUILDERS CORPORATION, *dba* LINCOLN GLASS & MIRROR CO.,<br><br>Defendants. | Case No.:  C11-2631 EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**  ; ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., and Defendants REZA JAFARI FARAHANI *aka* RAY JAFARI FARAHANI, *dba* LINCOLN GLASS & MIRROR, and UNITED BUILDERS CORPORATION, *dba* LINCOLN GLASS & MIRROR CO., stipulate to the voluntarily dismissal of this action.

///

///

1 The parties hereto have resolved this action by a Settlement Agreement and Defendants have paid all amounts agreed thereunder. Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Dated: October 27, 2011              **SALTZMAN & JOHNSON**
                                     **LAW CORPORATION**

                            By:  /S/Muriel B. Kaplan
                                 Muriel B. Kaplan
                                 Attorneys for Plaintiffs

Dated: October 27, 2011              **OMNI LAW GROUP, LLP**

                            By:  /S/Peter Kerle
                                 Trevor J. Zink / Peter Kerle
                                 Attorneys for Defendants

IT IS SO ORDERED.

Date: 10/31/11                       _____
                                     THE HONORABLE EDWARD M. CHEN
                                     UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-2-
**STIPULATION OF VOLUNTARY DISMISSAL**
**Case No.: C11-2631 EMC**
P:\CLIENTS\GLACL\Lincoln Glass & Mirror\Pleadings\C11-2631 EMC Stipulation of Voluntary Dismissal 102711.doc